| | | | | |
|---|---|---|---|---|
| Murphy Marine Service Inc. v. UCBR | 1290CD16 | 05/18/2017 | Unemployment Compensation Board of Review B–558086–A | Affirmed |
| Murphy Marine Services, Inc. v. UCBR | 1291CD16 | 05/18/2017 | Unemployment Compensation Board of Review B–558087–A | Affirmed |
| Boro of Shenandoah v. Cruz | 715CD16 | 05/22/2017 | Schuylkill County S–2227–2015 | Affirmed |
| M., S. v. Department of Ed. [SEALED] | 1011CD16 | 05/22/2017 | Professional Standards and Practices Commission DI–16–031 | Affirmed |
| Readinger v. UCBR | 1288CD16 | 05/22/2017 | Unemployment Compensation Board of Review B–589822 | Affirmed |
| McClellan v. ZHB of U Makefield Twp | 1036CD16 | 05/23/2017 | Bucks County No. 2014–08456 | Dismissed |
| Brownsville General Hospital v. WCAB (Berish) | 1496CD16 | 05/23/2017 | Workers' Compensation Appeal Board A16–0044 | Affirmed |
| Ball v. OOR (DOC) | 1637CD16 | 05/23/2017 | Office of Open Records AP 2016–1463 | Affirmed |
| Sklaroff v. Abington SD | 2134CD16 | 05/23/2017 | Montgomery County 16–09548 | Quashed |
| Smith v. PBPP | 1703CD15 | 05/24/2017 | Board of Probation & Parole Parole No. 453–BU | Affirmed |
| Cond by Sunoco Pipeline (Homes for America), In re | 565CD16 | 05/24/2017 | Lebanon County 2015–01338 | Affirmed |
| Davis v. Walker | 861CD16 | 05/24/2017 | Philadelphia County November Term, 2014 No. 0238 | Affirmed |
| Saracino v. UCBR | 1188CD16 | 05/24/2017 | Unemployment Compensation Board of Review B–590014 | Reversed and Remanded |
| Holmes v. UCBR | 1329CD16 | 05/24/2017 | Unemployment Compensation Board of Review B–590478 | Vacated and Remanded |